1 | Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
2 | Westgate Law
16444 Paramount Blvd., Suite 205
3 | Paramount, CA 90723
Tel: (818) 200-1497
4 | Fax: (818) 574-6022
Attorneys for Plaintiff,
5 | ROSA FLORES

6 | **IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
7 | **WESTERN DIVISION**

8 |

9 | ROSA FLORES,                    )  **Case No.: 2:19-cv-00791-JFW (Ex)**
)
10 |                                )  **NOTICE OF SETTLEMENT**
)
11 |            Plaintiff;          )
)
          v.                       )
12 |                               )
CITIBANK, N.A.                     )
13 |                               )
)
14 |            Defendant.          )
)
15 |                               )
)
16 |                               )
)
17 | ─────────────────────────     )

18 |

19 |        NOW COMES Plaintiff, ROSA FLORES, through attorneys, WESTGATE

20 | LAW, and hereby notifies this Court that a settlement of the present matter has been

reached and is in the process of finalizing settlement, which Plaintiff anticipates will
21 |
be finalized within the next sixty (60) days.
22 |
        Plaintiff therefore respectfully requests this Honorable Court vacate all dates
23 |
currently scheduled for the present matter.
24 |

25 |

RESPECTFULLY SUBMITTED,

DATED: April 5, 2019                    WESTGATE LAW


By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Andrew Moritz
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
Andrew.moritz@citi.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal