Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
ROSA FLORES

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ROSA FLORES, | Case No. 2:19-cv-791-JFW (Ex) |
| Plaintiff; | **VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| CITIBANK, N.A. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, ROSA FLORES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*.  Defendant Citibank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: August 22, 2019         WESTGATE LAW

By: /s/ Matthew A. Rosenthal
　　　Matthew A. Rosenthal
　　　Attorney for Plaintiff,
　　　ROSA FLORES

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Andrew Moritz
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
Andrew.moritz@citi.com

By: /s/ Matthew A. Rosenthal
　　　Matthew A. Rosenthal